Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
David C. Wright (State Bar No. 177468)
dcw@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 E. Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:   (909) 557 1275
[Additional counsel listed in signature block]

*Attorneys for Plaintiff, Glenn Ginoza*

# UNITED STATES STRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN GINOZA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHABET, INC., GOOGLE, LLC, GOOGLE PAYMENT CORP., and GOOGLE ARIZONA LLC,<br><br>Defendants. | Case No. 2:21-cv-01767-FMO-MAAx<br><br>CLASS ACTION<br><br>**PLAINTIFF GLENN GINOZA'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Glenn Ginoza hereby gives notice that his claims in the above-captioned action are voluntarily dismissed, with prejudice, against all of the Defendants.

Dated: May 23, 2022                    Respectfully Submitted,

                        By:  */s/ Elaine S. Kusel*
                            Elaine S. Kusel, NJ Bar No. 319302020

|   |   |
|---|---|
| 1 | (admitted *pro hac vice*) |
| 2 | esk@mccunewright.com |
|   | Sherief Morsy, NJ Bar No. 125042015 |
| 3 | (admitted *pro hac vice*) |
| 4 | sm@mccunewright.com |
|   | **McCune Wright Arevalo, LLP** |
| 5 | One Gateway Center, Suite 1500 |
|   | Newark, NJ 07102 |
| 6 | Telephone: (973) 888-1203 |
| 7 | Facsimile:  (909) 557-1275 |

Richard D. McCune, CA Bar No. 132124
rdm@mccunewright.com
David C. Wright,  CA Bar No. 177468
dcw@mccunewright.com
**McCune Wright Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
Facsimile:  (909) 557-1275

*Attorneys for Plaintiff Glenn Ginoza, and the Putative Class*

-2-

Pl. Glenn Ginoza's Notice of Voluntary Dismissal
Case No. 2:21-cv-01767-FMO-MAAx

**CERTIFICATE OF SERVICE**

I, Elaine S. Kusel, hereby certify that on May 23, 2022, I caused a true and correct copy of the foregoing document to be served electronically.

*/s/ Elaine S. Kusel*